IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bowens, Sandra D | Case Number: 07 B 06879 |
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 4/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 28, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,100.00 | |
| Secured: | | 3,136.72 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,624.00 |
| Trustee Fee: | | 339.28 |
| Other Funds: | | 0.00 |
| Totals: | 6,100.00 | 6,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 2,624.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Novastar Mortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Novastar Mortgage Inc | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 11,919.08 | 2,170.70 |
| 6. | HomeComings Financial Network | Secured | 17,635.58 | 966.02 |
| 7. | Internal Revenue Service | Priority | 6,628.91 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 860.57 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 25.58 | 0.00 |
| 10. | Alliance One | Unsecured | 31.06 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 277.28 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 653.92 | 0.00 |
| 13. | Ford Motor Credit Corporation | Unsecured | 1,077.94 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 51.43 | 0.00 |
| 15. | DaimlerChrysler Servs North America | Unsecured | 279.72 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 92.75 | 0.00 |
| 17. | St James Hospital | Unsecured | | No Claim Filed |
| 18. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 19. | AT&T Wireless | Unsecured | | No Claim Filed |
| 20. | Lake Imaging LLC | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | Pathology Consultants Inc | Unsecured | | No Claim Filed |
| 23. | South Suburban | Unsecured | | No Claim Filed |
| 24. | National Heritage Insurance | Unsecured | | No Claim Filed |
| 25. | Fifth Third Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bowens, Sandra D | Case Number: 07 B 06879 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 4/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | American Family Insurance | Unsecured | | No Claim Filed |
| 27. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| 28. | MCI | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |

$ 42,157.82         $ 5,760.72

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 280.78 |
| 6.5% | 58.50 |

$ 339.28

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____